Frank B. Torrey, as Executor, etc., of Edward Warren Day, Deceased, Respondent, v. Evelyn Day Bruner, Appellant. Philip Freed and Others, Defendants.— Judgment modified so that the sum found due for principal and interest on the 24th day of June, 1910, shall be $10,112, and as so modified the judgment is affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Tower Ridge Yacht Club, Appellant, v. Augusta Schaeffel Hastings, Respondent, Impleaded with Martha G. Stout.— Judgment modified on reargument, and as modified affirmed, with costs to the appellant. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred. Settle order before Mr. Justice Burr.

Alexis Witte, Appellant, v. Elizabeth Koerner, Respondent.— Judgment reversed and new trial granted, costs to abide the final award of costs, upon the ground that the court having found as a fact that there was and is no access to the premises over any public highway, and that there is no public highway adjoining the premises, the conclusion of law dismissing the complaint is inconsistent therewith. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

Hannah Beauchamp, Appellant, v. Excelsior Brick Company and Others, Respondents.— Motions denied. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Anna Brownell, Respondent, v. George E. Brownell, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Orion H. Cheney, as Superintendent of Banks of the State of New York, Respondent, v. August C. Scharmann, Appellant.— Motion for leave to intervene denied. If counsel for Charles L. Feltman desires to file a brief upon the argument of the appeal herein as *amicus curiæ*, it will be received. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Louis S. Friedman, Respondent, v. Bernard Rappaport and Harry A. Gottlieb, Appellants.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Saul Heinitz, Respondent, v. Frank Darmstadt, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr Woodward and Rich, JJ.

In the Matter of the Application of Frederick C. Dowd for Admission to the Bar.— Application granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of Theodore P. Ion for Admission to the Bar. — Application granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of Henry C. Workman for Admission to the Bar.— Application granted.— Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.